# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04CR1765-001-JM |
| Plaintiff, ) | |
| ) | **ORDER TO GRANT** |
| v. ) | **EARLY TERMINATION OF** |
| ) | **SUPERVISED RELEASE** |
| JOSEPH KASPER, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT Defendant's Motion for Early Termination of Supervised Release be granted forthwith.

DATED: November 4, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

04CR1765-001-JM